IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DIRK JA'ONG BOUIE,

    Petitioner,                  No. 2:12-cv-01221 MCE JFM (HC)

    vs.

BOARD OF PAROLE HEARINGS,

    Respondent.              <u>ORDER</u>

_____/

        Petitioner is a state prisoner proceeding pro se with a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302. On November 5, 2012, respondent filed a motion to dismiss asserting that petitioner is barred by the applicable one-year statute of limitations set by 28 U.S.C. § 2244(d)(1). ECF No. 12. Petitioner responded on November 15, 2012, arguing, *inter alia*, that he was transferred two times during the relevant period between February 24, 2011, and May 10, 2011, and had "no access to records." ECF No. 14.

/////

/////

/////

1

1    Good cause appearing, IT IS HEREBY ORDERED that within fifteen days from
2 the date of this order the parties shall provide evidence concerning petitioner's prison transfer(s)
3 for the relevant period between February 24, 2011, and May 10, 2011.  Specifically, the parties
4 shall provide evidence of the date(s) of petitioner's transfer(s) and, as appropriate, the period(s)
5 of time, if any, during which petitioner was separated from his legal property.
6 DATED: May 9, 2013.

*/s/ Edmund F. Brennan*
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

boui1221.ord

2