FILED

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

JUL 10 2014

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| DIRK JA'ONG BOUIE, | No. 13-17092 |
| Petitioner - Appellant, | D.C. No. 2:12-cv-01221-MCE-JFM |
| v. | Eastern District of California, Sacramento |
| BOARD OF PAROLE HEARINGS, | |
| Respondent - Appellee. | ORDER |

Before:     SCHROEDER and CALLAHAN, Circuit Judges.

The request for a certificate of appealability is denied because the underlying petition fails to state any federal constitutional claims debatable among jurists of reason. *See* 28 U.S.C. § 2253(c)(2)–(3); *Gonzalez v. Thaler*, 132 S. Ct. 641 (2012).

Any pending motions are denied as moot.