1

2

3

4

5

6

7

8                              UNITED STATES DISTRICT COURT

9                          FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    DIRK JAONG BOUIE, JR.,                          No.  2:12-cv-1221-MCE-AC P

12                    Petitioner,

13          v.                                        **ORDER**

14    BOARD OF PAROLE HEARINGS,

15                    Respondent.

16

17          Petitioner, a state prisoner proceeding pro se, has filed this application for a writ of habeas

18    corpus pursuant to 28 U.S.C. § 2254.  The matter was referred to a United States Magistrate

19    Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

20          On January 6, 2021, the magistrate judge filed findings and recommendations herein

21    which were served on all parties and which contained notice to all parties that any objections to

22    the findings and recommendations were to be filed within fourteen days.  ECF No. 46.  After

23    being granted an extension of time, ECF No. 48, petitioner filed objections to the findings and

24    recommendations, ECF No. 49.

25          In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this

26    Court has conducted a de novo review of this case.  Having carefully reviewed the entire file, the

27    Court finds the findings and recommendations to be supported by the record and by proper

28    analysis.

1

Accordingly, IT IS HEREBY ORDERED that:

1.  The findings and recommendations filed January 6, 2021, ECF No. 46, are **ADOPTED** in full.

2.  Petitioner's motion for relief from judgment, ECF No. 44, is **DENIED**.

**IT IS SO ORDERED**.

Dated:  March 17, 2021

MORRISON C. ENGLAND, JR.
SENIOR UNITED STATES DISTRICT JUDGE

2