UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIRK JAONG BOUIE, JR., | No. 2:12-cv-1221 MCE AC P |
| Petitioner, | |
| v. | ORDER |
| BOARD OF PAROLE HEARINGS, | |
| Respondent. | |

Petitioner, a state prisoner proceeding pro se, has filed a motion for an extension of time to file a notice of appeal. ECF No. 51. Because the motion was filed after the expiration of the time to file a timely notice of appeal, "notice must be given to the other parties in accordance with local rules." Fed. R. App. P. 4(a)(5)(B). Local Rule 133(b)(2) requires that pro se parties must file and serve paper documents, and petitioner's motion does not reflect service upon respondent. ECF No. 51 at 9. The motion must therefore be denied.

Accordingly, IT IS HEREBY ORDERED that petitioner's motion for an extension of time to file a notice of appeal, ECF No. 51, is DENIED.

DATED: May 25, 2021

*/s/ Allison Claire*
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE