UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIRK JAONG BOUIE, JR., | No. 2:12-cv-1221 MCE AC P |
| Petitioner, | |
| v. | ORDER |
| BOARD OF PAROLE HEARINGS, | |
| Respondent. | |

Petitioner, a state prisoner proceeding pro se, has filed a motion for a thirty-day extension of time to file motion for a certificate of appealability related to the July 2, 2021 denial of his motion for reconsideration.

Good cause appearing, IT IS HEREBY ORDERED that petitioner's motion for an extension of time, ECF No. 59, is GRANTED.  Petitioner shall have an additional thirty days, up to September 1, 2021, to file a motion for a certificate of appealability.

DATED: August 11, 2021

/s/ Allison Claire
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

1