UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIRK JAONG BOUIE, JR., | No. 2:12-cv-1221 MCE AC P |
| Petitioner, | |
| v. | ORDER |
| BOARD OF PAROLE HEARINGS, | |
| Respondent. | |

Petitioner has filed a motion for relief pursuant to Federal Rule of Civil Procedure 60(b) in which he seeks to have this court vacate a Ninth Circuit order denying his application for leave to file a second or successive petition for writ of habeas corpus. ECF No. 62. This Court does not have the authority to vacate a Ninth Circuit order and it cannot consider a second or successive petition until such time as petitioner receives the authorization of the Ninth Circuit. See Felker v. Turpin, 518 U.S. 651, 657 (1996) (second or successive application for habeas relief may not be filed in district court without prior authorization by the court of appeals). Accordingly, IT IS HEREBY ORDERED that petitioner's motion for relief, ECF No. 62, is DENIED.

IT IS SO ORDERED.

Dated: August 25, 2021

MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE